NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crystal L. COX, et al.,

Plaintiffs,

v.

Peter L. MICHAELSON, et al.,

Defendants.

Civ. No. 13-3136

ORDER

THOMPSON, U.S.D.J.

    For the reasons included in the Opinion issued herewith,

    IT IS, on this 26th day of September, 2013

    ORDERED that the application of Plaintiff Crystal L. Cox to proceed *in forma pauperis*, (Doc. No. 1, Atts. 2 & 3), is GRANTED; and it is

    ORDERED that Plaintiff's Complaint, (Doc. No. 1), is DISMISSED WITHOUT PREJUDICE.

/s/Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.